# Court of Appeals
# of the State of Georgia

ATLANTA, August 06, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0008. JOHNNIE THERESA MOORER v. GUADALUPE GARCIA
VEGA.**

Upon consideration of the Rule 40(b) "Motion of Appeal/Emergency Stay"
filed by Appellant Johnnie Theresa Moorer in the above-styled case, that motion is
hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/06/2026

*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____, *Clerk.*